## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 27th day of July, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

J. Larry Jones, President
*Cougar Oil, Inc. d/b/a*
 *Southern Energy Company*
Post Office Box 1800
Selma, AL 36702-1800

　　　　　　　　　　　　　　　　　　Mary E. Augustine (No. 4477)